**Abatement Order filed February 16, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-11-00249-CR**

_____

**CHARLES WAYNE HINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR0438**

---

## A B A T E M E N T     O R D E R

Appellant entered a plea of guilty to theft. The trial court deferred adjudication and placed appellant under community supervision for two years. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 3, 2012, we informed counsel his brief did not meet the requirements of *Anders* and directed him to file

a brief that meets the requirements of *Anders* within thirty days or his brief would be stricken and the appeal abated for appointment of new counsel.

No response was filed.  No brief has been filed.  Accordingly, appellant's brief filed November 9, 2011, is ordered STRICKEN.   Further, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this Court **within thirty days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.   The appeal will be reinstated on this Court's active docket when the trial court's supplemental clerk's record is filed with this Court.


PER CURIAM


Panel consists of Justices Seymore, Boyce and Christopher.